IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY L. MURPHY                                              PLAINTIFF

v.                          4:15-cv-445-DPM

WELSPUN PIPES, INC.                                          DEFENDANT

### ORDER

Murphy hasn't filed a proposed amended complaint; and the time to do so has passed. № 4. This case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 September 2015