IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY L. MURPHY                                                                PLAINTIFF

v.                                    No. 4:15-cv-445-DPM

WELSPUN PIPES, INC.                                                        DEFENDANT

JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 September 2015